# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| PETER DEBOSE,<br>Petitioner, § § § | |
| v. § | CIVIL ACTION NO. H-12-3030 |
| § | |
| SMITH & WOLLENSKY<br>RESTAURANT GROUP, INC.,<br>Respondent. § § § | |

## FINAL ORDER

For the reasons stated in the accompanying Memorandum and Order, it is hereby

**ORDERED** that Petitioner Peter Debose's Petition to Vacate Arbitrator's Partial Final Clause Construction Award [Doc. # 1] and Motion to Remand This Case to the Arbitrator for Further Consideration [Doc. # 24] are **DENIED**, and this case is **DISMISSED WITH PREJUDICE**. This is a final, appealable order.

SIGNED at Houston, Texas, this 30th day of **September, 2013**

Nancy F. Atlas
United States District Judge